| | |
|---|---|
| PROB 22 (CAEP)<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>0972 2:21CR00093-02 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:24-cr-00180-GMN-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jacqueline Marie Marquez<br>Las Vegas, Nevada *(City/State only)* | E-CA | Sacramento |
| | NAME OF SENTENCING JUDGE | |
| | Senior United States District Judge William B. Shubb | |
| FILED ___ RECEIVED ___<br>ENTERED ___ SERVED ON ___<br>AUG 12 2024<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | D OF PROBATION / SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 3/15/2024 | 3/14/2027 |

OFFENSE

18 USC 1341 – Mail Fraud (CLASS C FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision has resided in Las Vegas since the commencement of supervised release and plans to reside in the District of Nevada for the duration of her supervision. Additionally, she has familial support and ties in the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  CALIFORNIA

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Dated: June 4, 2024

*signature*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  NEVADA

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 14, 2024                                          *signature*
Effective Date                                          United States District Judge

CC:    United States Attorney

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Jacqueline Marquez

TO BE DETERMINED

### REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION

August 9, 2024

TO:   Honorable United States District Judge
      District of Nevada

On April 24, 2023, Marquez was sentenced in the Eastern District of California (Case No.: 2:21CR00093) to 23 months custody, followed by 36 months of supervised release for committing the offense of Mail Fraud. Supervised release commenced in the District of Nevada on March 15, 2024.

Marquez has resided in Nevada since commencement of supervised release. She has a strong support system and familial ties in Nevada and plans to reside here for the duration of her supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada to address any violation conduct more expeditiously.

Attached for the Court's review is a form 22 with the sentencing Judges signature relinquishing jurisdiction to the District of Nevada.

Should you have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2024.08.12 07:56:15 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Jacqueline Marquez

Approved:

*Amberleigh K. Barajas* (Digitally signed by Amberleigh Barajas, Date: 2024.08.10 01:53:38 -07'00')

_____
Steve M Goldner
Supervisory United States Probation Officer